IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00418-GCM

| | |
|---|---|
| **CLEAR BLUE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**WALTER SCOTT PALLADINO,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Plaintiff Clear Blue Insurance Company moved for a temporary restraining order (TRO) and a preliminary injunction (ECF No. 2). Although Plaintiff asks that the TRO issue without a hearing, the Court concludes that a hearing is preferable under the circumstances.

**IT IS THEREFORE ORDERED** that the Clerk shall **SET A HEARING** on the Motion for a Temporary Restraining Order for **Tuesday, August 23, 2022, at 10:30 AM**.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall **SERVE A COPY** of this Order on Defendant.

**SO ORDERED**.

Signed: August 19, 2022

Graham C. Mullen
United States District Judge