## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## 3:22-CV-00418-GCM

| | |
|---|---|
| **CLEAR BLUE INSURANCE COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **NOTICE OF VOLUNTARY DISMISSAL** |
| **WALTER SCOTT PALLADINO,** | |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses its complaint against Defendant without prejudice.

Dated: January 5, 2023

Respectfully submitted,

By:    s/ John A. Zaloom
John A. Zaloom (N.C. Bar No. 30557)
Fielding E. Huseth (N.C. Bar No. 53121)
Elizabeth A. Weisner (N.C. Bar No. 55029)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (919) 416-8380
johnzaloom@mvalaw.com
fieldinghuseth@mvalaw.com
elizabethweisner@mvalaw.com

*Attorneys for Clear Blue Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system.

Dated:  January 5, 2023

By:    <u>s/ John A. Zaloom</u>
John A. Zaloom (N.C. Bar No. 30557)
Fielding E. Huseth (N.C. Bar No. 53121)
Elizabeth A. Weisner (N.C. Bar No. 55029)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (919) 416-8380
johnzaloom@mvalaw.com
fieldinghuseth@mvalaw.com
elizabethweisner@mvalaw.com

*Attorneys for Clear Blue Insurance Company*